UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

**In re** Gilda Sadighi                                                  **Case No.** 18-12792-KHK

**Debtor(s)**                                         **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $__3572.40__, currently on deposit with the Treasury of the United States, be returned to:

Gilda Sadighi
8220 Crestwood Heights Drive #1703
McLean, VA 22102

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: __Dec 9 2020__                    /s/ Klinette H Kindred
                                        United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
__December 9, 2020__

pc: Financial Administrator

[ounclmfd ver. 03/06]